UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JASHUA BAPTISTA,<br><br>    Defendant. | No. CR 10 00050 PJH (LB)<br><br>SUPPLEMENTAL<br>DETENTION ORDER |

On January 22, 2010, the Court detained defendant Jashua Baptista, finding that no conditions could be imposed to reasonably assure the safety of the community or Baptista's appearance. *See* CR 7 (written order memorializing findings). The Court also directed Pretrial Services – and ordered the defense – to verify additional information relevant to the Court's independent obligation under the bail statute to evaluate release or detention pending trial. *See* 18 U.S.C. § 3142.

Pretrial Services since has provided additional information to the Court about (A) whether Baptista was on probation at the time of the alleged offenses (he was) and (B) whether more information could be obtained about sureties, Baptista's job, and substance abuse issues. Based new information about available sureties, employment, and ties to the community, the Court now finds that the government has not established flight risk by a preponderance of the evidence. *See*

SUPPLEMENTAL DETENTION ORDER
(CR 10 00050 PJH (LB))

*United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).  The new information does not alter the Court's previous conclusion that no condition or combination of conditions in section 3142(c) will reasonably assure the safety of the community.  This conclusion is reinforced by the fact that Baptista was on probation at the time of this offense, giving the Court no assurance that he would comply with any conditions of release the Court might set.

Accordingly, the Court affirms its previous order detaining Baptista as a danger to the community.  Because Baptista waived his right to present information under 3142(f) without prejudice to raising any relevant information at a later hearing, the Court orders that the hearing may be reopened at Baptista's request at any future time.

IT IS SO ORDERED.

DATED: February 3, 2010

LAUREL BEELER
United States Magistrate Judge