UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00050 PJH |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER EXCLUDING |
| v. | ) | TIME PURSUANT TO THE SPEEDY |
| | ) | TRIAL ACT |
| JASHUA BAPTISTA and ONSAYO ABRAM, | ) | |
| | ) | Date:    February 10, 2010 |
| | ) | Time:    1:30 p.m. |
| Defendant. | ) | Court:   Hon. Phyllis J. Hamilton |
| | ) | |
| | ) | |

Defendants Jashua Baptista and Onsayo Abram appeared at a status conference before the Court on February 10, 2010. With the agreement of the parties, and with the consent of the defendants, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), from February 10, 2010 to March 3, 2010. The parties agreed, and the Court found and held, as follows:

   1.   Defendants sought and agreed to the exclusion of time pursuant to the Speedy Trial Act so that defense counsel would have additional time to investigate this matter, interview additional witnesses, confer with defendants, and prepare for the trial of this matter, taking into account the exercise of due diligence.

[PROPOSED] ORDER RE: TIME EXCLUSION
CR-10-00050 PJH                                                  1

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from February 10, 2010 to March 3, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS HEREBY ORDERED that:

With the consent of defendants Baptista and Abram, the period from February 10, 2010 to March 3, 2010 is excluded from the Speedy Trial Act calculations for effective preparation of counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED

FEB 1 2 2010
DATED: February ___, 2010

_____
HONORABLE PHYLLIS J. HAMILTON
United States District Court Judge

Approved As To Form:

/s/
_____
CHINHAYI COLEMAN CADET
Assistant United States Attorney
Counsel for United States

/s/
_____
ADANTE POINTER
Counsel for Jashua Baptista

/s/
_____
LYNN KESLAR and SUSAN RAFFANTI
Counsel for Onsayo Abram

[PROPOSED] ORDER RE: TIME EXCLUSION
CR-10-00050 PJH                                2